COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS







IN RE: JOSEPH ROBERTS,



 Relator.
§


 


§


 


§


 


§


 


§


 


 § 



No. 08-08-00096-CR



AN ORIGINAL PROCEEDING

 IN MANDAMUS





MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS



 Relator, Joseph Roberts has filed a pro se petition for writ of mandamus, seeking an order 
compelling the Texas Division of Criminal Justice Institutional Division to restore 6,137 days of
good conduct time credit.

 This court does not have the authority to issue a writ of mandamus against the Texas
Department of Criminal Justice. See Tex.Gov't Code Ann. § 22.221(a), (b)(Vernon 2004).
Therefore, mandamus relief is denied.


April 10, 2008 

 ANN CRAWFORD McCLURE, Justice


Before Chew, C.J., McClure, and Carr, JJ.


(Do Not Publish)